### In re SEALED CASE.

### Nos. 87–5261, 87–5264 and 87–5265.

United States Court of Appeals, District of Columbia Circuit.

Sept. 21, 1988.

Before RUTH BADER GINSBURG, SILBERMAN and WILLIAMS, Circuit Judges.

### JUDGMENT

PER CURIAM.

Upon consideration of the opinion of the Supreme Court of the United States filed on June 29, 1988, —— U.S. ——, 108 S.Ct. 2597, 101 L.Ed.2d 569, and of the Mandate issued pursuant thereto, it is

ORDERED, by the court, that the judgments of the District Court on appeal herein are hereby affirmed.